# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DEWAYNE T. CARRINGTON,<br><br>                Plaintiff,<br><br>v.<br><br>MCTS,<br><br>                Defendant. | Case No. 21-CV-1351-JPS<br><br>**ORDER** |

        On June 12, 2023, Defendant MCTS ("Defendant") moved for leave to file an amended and renewed motion for summary judgment, ECF No. 29, following the dismissal without prejudice of its original motion for summary judgment, ECF Nos. 18, 28. On June 27, 2023, the Court granted the motion for leave to file a renewed motion for summary judgment, deeming the filing at ECF No. 29-1 the operative renewed motion for summary judgment. ECF No. 30. The Court ordered Defendant to serve the renewed motion for summary judgment on Plaintiff within two days of its order and for Plaintiff to respond to the motion within two weeks of receipt thereof. *Id*.

        In order to accommodate evaluation of the renewed motion for summary judgment on the written record, the Court will vacate the previously scheduled final pretrial conference and jury trial dates in this matter.

        Accordingly,

    **IT IS ORDERED** that the final pretrial conference, scheduled for July 11, 2023, and the jury trial, scheduled for July 24, 2023, be and the same are hereby **VACATED.**

Dated at Milwaukee, Wisconsin, this 7th day of July, 2023.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge